IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JAKE SCARBROUGH                                                                                      PLAINTIFF

VS.                                                                            CIVIL ACTION NO. 1:22-cv-193-FKB

KILOLO KIJAKAZA,
COMMISSIONER OF SOCIAL
SECURITY                                                                                              DEFENDANT

## JUDGMENT

In accordance with the opinion and order entered this day, the decision of the Commissioner is reversed, and this matter is remanded for further consideration.

SO ORDERED AND ADJUDGED, this the 28th day of August, 2023.

                                                            /s/ F. Keith Ball
                                                UNITED STATES MAGISTRATE JUDGE